# Exhibit 1

**DECLARATION OF ANNELISE FABIAN IN SUPPORT OF EMERGENCY MOTION TO QUASH SUBPOENA FOR HER DEPOSITION**

I, Annelise Fabian, hereby state in accordance with the provisions of Title 28, § 1746 of the United States code as follows:

1. I am over the age of eighteen (18) years old and have personal knowledge of the facts set forth in this Declaration. I reside in the District of Columbia.

2. I am not a party to *Griffin v. Internal Revenue Service, et al.*, Case No. 22-cv-24023-Scola/Goodman, which is pending in the United States District Court for the Southern District of Florida. I submit this Declaration for the limited purpose of supporting the Emergency Motion to Quash Subpoena for Deposition of Annelise Fabian or, Alternatively, for a Protective Order to Limit the Scope of Deposition in the above-captioned matter.

3. During certain periods since approximately April 2017, I have worked for a private entity on a contract for the Internal Revenue Service ("IRS").

4. I met Charles Littlejohn while working on a contract for the IRS. At no time when I was working on an IRS contract was I based in the same office location as Mr. Littlejohn. At no time when I was working on an IRS contract did Mr. Littlejohn and I work for the same contracting entity or on the same contract. I was also supervised by different individuals than Mr. Littlejohn.

5. I was not working as a contractor for the IRS during the calendar year of 2020.

6. I recently resumed full-time employment—not in a role related to an IRS contract or support of any U.S. government agency —after being unemployed and without regular income since November 2023. In my new position, I must accrue paid time off in my position. As of June 25, 2024, I will have an estimated 6 hours of paid time off and 8 hours of personal time available.

7. Given my past period without regular income, taking any unpaid time off work to seek legal counsel in preparation for the deposition and to appear for a deposition would be a financial hardship. I have already incurred legal expenses in responding to a previous subpoena by Plaintiff Griffin for documents in the same case, and I will incur further expenses related to any deposition.

8. Prior to the receipt of the subpoena for my appearance at a deposition on June 25, 2024, I had planned and made arrangements to be out of town from June 21 through June 24, 2024.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: 06/17/2024

By: ______________________
ANNELISE FABIAN