**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KENNETH C. GRIFFIN,<br><br>Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE, *et al.*.<br><br>Defendants. | Case No. |

# ORDER

Upon consideration of Non-Party Annelise Fabian's Motion to Quash Subpoena to Testify, any opposition and any hearing on the Motion, it is this ____ day of ________________, 2024, hereby **ORDERED**

**(1)** that the Motion is **GRANTED**; and it is further **ORDERED**

**(2)** that the subpoena for appearance for a deposition served on Ms. Fabian on May 4, 2024, is hereby **QUASHED**; and it is further **ORDERED**

(3) that Plaintiff is **ORDERED** to pay Ms. Fabian's reasonable attorneys' fees regarding her Motion to Quash.

________________________________
United States District Judge